UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 08-60109-CR-DIMITROULEAS

    Plaintiff,

vs.

PETER WOLOFSKY,

    Defendant.
_____/

### ORDER SETTING HEARING

THIS CAUSE came before the Court on the Government's May 2, 2008 Motion For Hearing on Potential Conflict of Interest [DE-30]. The Motion [DE-30] is Granted. A <u>Garcia</u> hearing is set before the undersigned on <u>May 7, 2008 at 9:00 A.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of May, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All counsel of record